John Kane, Respondent, v. United Traction Company, Appellant.—Judgment and order affirmed, with costs. All concurred, except Houghton, J., dissenting.

In the Matter of the Application of George W. Nellis, Jr., for a Writ of Mandamus, Appellant, against John Connor, Clerk of the Board of Supervisors of the County of Columbia, Respondent.— Order unanimously affirmed, with costs.

In the Matter of the Change of Grade of East Street in the Village of Fort Edward, Washington County, New York. Ida M. T. Powell, Appellant; Village of Fort Edward, New York, Respondent.— Orders modified by striking out award of ten dollars costs and as so modified unanimously affirmed, without costs.

In the Matter of the Appraisal of the Estate of Sarah Irene Field, Deceased, for the Purpose of Taxation. William Sohmer, Comptroller of the State of New York, Appellant; The Women's Christian Temperance Union of the State of New York, Respondent.— Order and decree of the surrogate unanimously affirmed, with costs.

Chandler A. Oakes, as Executor, etc., of Jonathan Barnum, Deceased, and Others, Respondents, v. May Thorne Brantingham and Guy Brantingham, Appellants.—Judgment reversed on law and facts on the ground that the judgment is against the weight of evidence and new trial granted, with costs to appellants to abide event. All concurred.

Daniel O'Brien, Appellant, v. Lynn B. Millikan, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York ex rel. Harold J. Hinman, Relator, v. Charles E. Wendell and Others, Town Auditors of the Town of Minden, and Together Composing the Board of Town Auditors of the Said Town, Respondents.— Determination unanimously confirmed, with fifteen dollars costs and actual disbursements.

The People of the State of New York ex rel. Harold J. Hinman, Relator, v. Ephraim Lipe and Others, Town Auditors of the Town of Canajoharie, and Together Composing the Board of Town Auditors of the Said Town, Respondents.— Determination unanimously confirmed, with fifteen dollars costs and actual disbursements.

Frank Prisk, Respondent, v. The General Accident Assurance Corporation, Limited, Appellant.— Judgment affirmed, with costs. All concurred.